IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 18-524 |
| VICTOR CLAYTON | : | |
| | : | |

## ORDER

**AND NOW**, this 4th day of June 2020, upon consideration of Defendant Victor Clayton's Motion to Suppress All Evidence and Statements Obtained as a Result of the Warrantless Search and Arrest on March 15, 2018 (ECF No. 56), the Government's response thereto (ECF No. 62), the March 13, 2020 suppression hearing (ECF Nos. 67 & 74), Clayton's supplemental brief (ECF No. 69), the Government's response thereto (ECF No. 73), and Clayton's reply (ECF No. 75), it is **ORDERED**, consistent with the accompanying Memorandum, that the Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. All evidence seized from Room 214 and Clayton's rental vehicle is **SUPPRESSED**;

2. Before trial, and consistent with the accompanying Memorandum, the parties may renew their arguments regarding the admissibility of the minors' cell phones; and

3. Clayton's post-*Miranda* statements to law enforcement will not be suppressed.

**IT IS SO ORDERED.**

BY THE COURT:


/s/ R. Barclay Surrick
**R. BARCLAY SURRICK, J.**