IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 18-524 |
| VICTOR CLAYTON : | |

## ORDER

**AND NOW**, this 8th day of July 2022, upon consideration of Defendant Victor Clayton's *pro se* Motion to Withdraw the Guilty Plea Pursuant to Rule 11(d)(2)(B) (ECF No. 181), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**