IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v.   : | |
| : | NO. 18-524-RBS |
| VICTOR CLAYTON : | |
| : | |

**ORDER**

**AND NOW**, this 27th day of December 2022, upon consideration of Defendant Victor Clayton's *pro se* Motion Objecting to Victim's Impact Statement and Government's Supplemental Sentencing Memorandum (ECF No. 239), the Government's Response thereto (ECF No. 241), and Defendant's *pro se* Reply to the Government's Response (ECF No. 245), it is **ORDERED** that the deadline for imposing restitution under 18 U.S.C. § 3664(d)(5) is extended for 90 days to allow the Government to present additional evidence.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**