**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | **No. 18-cr-524** |
| | : | |
| **VICTOR CLAYTON** | : | |
| | : | |

## ORDER

**AND NOW**, this **18th** day of **March 2026**, upon consideration of Defendant Victor Clayton's *pro se* Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 (ECF No. 284, the "Petition"), the Government's Response in Opposition to Defendant's § 2255 Petition (ECF No. 291), Defendant's Reply to the Government's Response in Opposition to Defendant's § 2255 Petition (ECF No. 294), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Petition (ECF No. 284) is **DENIED**. No certificate of appealability will issue because Defendant has not made a substantial showing of the denial of a constitutional right under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

*/s/ Chad F. Kenney*

_____
**CHAD F. KENNEY, JUDGE**